No. 764, Misc. PRATT *v.* DEPARTMENT OF THE ARMY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 765, Misc. HILL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 766, Misc. SEVERA *v.* SALVATION ARMY, INC. C. A. 3d Cir. Certiorari denied.

No. 768, Misc. IN RE APPLICATION OF MORGAN. Supreme Court of California. Certiorari denied.

No. 773, Misc. BYRD *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 775, Misc. KURTZ *v.* McNEILL, SUPERINTENDENT, MATTEAWAN STATE HOSPITAL. C. A. 2d Cir. Certiorari denied.

No. 776, Misc. JONES, ALIAS LUCAS, *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 778, Misc. KELLEY *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 783, Misc. DINWIDDIE ET AL. *v.* BROWN ET AL. C. A. 5th Cir. Certiorari denied. *I. H. Spears* for petitioners.

No. 790, Misc. UNITED STATES EX REL. CORDTS *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 794, Misc. YOST *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.